IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EUGENE OLIVETO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV69 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK FOXALL, DIRECTOR OF | ) | ORDER |
| DOUGLAS COUNTY CORRECTIONS, | ) | |
| an individual; DOUGLAS COUNTY, | ) | |
| NEBRASKA, SUSAN GRITTON, an | ) | |
| individual, CORRECT CARE | ) | |
| SOLUTIONS, LLC D/B/A CCS | ) | |
| NEBRASKA MEDICAL SERVICES, | ) | |
| P.C., JOHN DOE AND MARY DOE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for leave to amend complaint (Filing No. 23).  The Court notes defendants do not oppose the motion.  Accordingly,

IT IS ORDERED that plaintiff's motion for leave to amend complaint is granted.  Plaintiff shall have until May 9, 2014, to file his amended complaint.

DATED this 2nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court