IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EUGENE OLIVETO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV69 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK FOXALL, DIRECTOR OF | ) | ORDER |
| DOUGLAS COUNTY CORRECTIONS, | ) | |
| an individual; DOUGLAS COUNTY, | ) | |
| NEBRASKA, SUSAN GRITTON, an | ) | |
| individual, CORRECT CARE | ) | |
| SOLUTIONS, LLC D/B/A CCS | ) | |
| NEBRASKA MEDICAL SERVICES, | ) | |
| P.C., JOHN DOE AND MARY DOE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend time to file response brief to defendant Douglas County's motion for partial summary judgment (Filing No. 34). The Court notes defendants do not oppose the motion, and the motion will be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Plaintiff shall have until June 13, 2014, to file a brief in response to defendant Douglas County's motion for partial summary judgment.

DATED this 30th day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court