IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EUGENE OLIVETO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV69 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK FOXALL, DIRECTOR OF | ) | ORDER |
| DOUGLAS COUNTY CORRECTIONS, | ) | |
| an individual; DOUGLAS COUNTY, | ) | |
| NEBRASKA, SUSAN GRITTON, an | ) | |
| individual, CORRECT CARE | ) | |
| SOLUTIONS, LLC D/B/A CCS | ) | |
| NEBRASKA MEDICAL SERVICES, | ) | |
| P.C., JOHN DOE AND MARY DOE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the plaintiff's motion (Filing No. 43) to supplement his brief. After the plaintiff filed his response brief in opposition to a motion for summary judgment, the United States Supreme Court issued an opinion which spoke directly to issues in this case. Because plaintiff's response brief would typically constitute his only opportunity to address this critical issue, the Court will grant the motion. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to supplement briefing is granted. Plaintiff shall have until July 8, 2014, to file the supplement.

2) Defendants shall have until July 14, 2014, to file an additional response.

DATED this 1st day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court