IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EUGENE OLIVETO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV69 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK FOXALL, DIRECTOR OF | ) | ORDER |
| DOUGLAS COUNTY CORRECTIONS, | ) | |
| an individual; DOUGLAS COUNTY, | ) | |
| NEBRASKA, SUSAN GRITTON, an | ) | |
| individual, CORRECT CARE | ) | |
| SOLUTIONS, LLC D/B/A CCS | ) | |
| NEBRASKA MEDICAL SERVICES, | ) | |
| P.C., JOHN DOE AND MARY DOE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the motion (Filing No. 57) of the plaintiff to reconsider the Court's earlier order (Filing No. 54) granting in part and denying in part defendant Douglas County's motion (Filing No. 27) for partial summary against certain statements Dr. Oliveto made. Plaintiff claims that new evidence has come to light regarding the State of Nebraska's correction system for the Court to consider. After review of the motion, briefs, indices of evidence, and relevant case law, the motion will be denied.

IT IS ORDERED that plaintiff's motion to reconsider is denied.

DATED this 1st day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court