IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EUGENE OLIVETO,                 )
                                )
            Plaintiff,          )        8:14CV69
                                )
      v.                        )
                                )
MARK FOXALL, DIRECTOR OF        )        ORDER
DOUGLAS COUNTY CORRECTIONS,     )
an individual; DOUGLAS COUNTY,  )
NEBRASKA, SUSAN GRITTON, an     )
individual, CORRECT CARE        )
SOLUTIONS, LLC D/B/A CCS        )
NEBRASKA MEDICAL SERVICES,      )
P.C., JOHN DOE AND MARY DOE,    )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the motion to withdraw and substitute counsel (Filing No. 87). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Ryan D. Wilkins is deemed withdrawn as counsel on behalf of defendants Douglas County, Nebraska, and Mark Foxall. The clerk of court shall remove his name from CM/ECF. Christopher R. Hedican shall remain as counsel for those defendants.

DATED this 3rd day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court