IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EUGENE OLIVETO,                   )
                                  )
              Plaintiff,          )        8:14CV69
                                  )
         v.                       )
                                  )
MARK FOXALL, DIRECTOR OF          )             ORDER
DOUGLAS COUNTY CORRECTIONS,       )
an individual; DOUGLAS COUNTY,)
NEBRASKA, SUSAN GRITTON, an       )
individual, CORRECT CARE          )
SOLUTIONS, LLC D/B/A CCS          )
NEBRASKA MEDICAL SERVICES,        )
P.C., JOHN DOE AND MARY DOE,      )
                                  )
              Defendants.         )
_____)
```

This matter is before the Court on defendants Foxall and Douglas County, Nebraska's motion to file supplemental index of evidence out of time (Filing No. 102).  The Court notes that plaintiff does not oppose the motion, and the motion will be granted.  Accordingly,

IT IS ORDERED that defendants' motion is granted. Defendants Foxall and Douglas County, Nebraska, shall have until November 28, 2014, to file their supplemental index of evidence.

DATED this 19th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court