IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EUGENE OLIVETO,                    )
                                   )
          Plaintiff,               )      8:14CV69
                                   )
     v.                            )
                                   )
MARK FOXALL, DIRECTOR OF           )      ORDER
DOUGLAS COUNTY CORRECTIONS,        )
an individual; DOUGLAS COUNTY,)
NEBRASKA, SUSAN GRITTON, an        )
individual, CORRECT CARE           )
SOLUTIONS, LLC D/B/A CCS           )
NEBRASKA MEDICAL SERVICES,         )
P.C., JOHN DOE AND MARY DOE,       )
                                   )
          Defendants.              )
_____)
```

This matter is before the Court on plaintiff's motion for enlargement of time (Filing No. 105). After conference with counsel,

IT IS ORDERED that plaintiff's motion is granted to the extent that plaintiff shall have until December 10, 2014, to file a response to defendants' motion for summary judgment.

DATED this 24th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court