IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EUGENE OLIVETO,                    )
                                   )
          Plaintiff,               )      8:14CV69
                                   )
     v.                            )
                                   )
MARK FOXALL, DIRECTOR OF           )      ORDER
DOUGLAS COUNTY CORRECTIONS,        )
an individual; DOUGLAS COUNTY,     )
NEBRASKA, SUSAN GRITTON, an        )
individual, CORRECT CARE           )
SOLUTIONS, LLC D/B/A CCS           )
NEBRASKA MEDICAL SERVICES,         )
P.C., JOHN DOE AND MARY DOE,       )
                                   )
          Defendants.              )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 110). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2) This action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 20th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court